IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00235-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT RALPH LANDERS,

    Defendant.

## PROTECTIVE ORDER REGARDING
## RULE 16 MATERIAL

THE COURT has reviewed the Government's Motion for a Protective Order concerning the use, custody, and circulation of Fed. R. Crim. P. 16 material disclosed in relation to the above-captioned case as to the above-named defendant.

For good cause, the Court may enter a protective order regulating discovery in a criminal case pursuant to Fed. R. Crim. P. 16(d)(1).

The Court is familiar with the file in this case and has reviewed the proposed protective orders filed by the Government and the defense. The Government has expressed concerns that the personal identity information not be left in the exclusive custody of the defendant, citing concerns for circulation to other custodial inmates of banking and credit card information, Social Security numbers and related data. In the context of pretrial discovery, the Court finds and concludes that the concerns expressed have merit.

Being now sufficiently advised in the premises, the Court finds and concludes it is in the best interests of justice to grant a Protective Order. It is

ORDERED that the Fed. R. Crim. P. 16 material, to include banking and credit card information, Social Security numbers, personal addresses, drivers' licenses and identifications, and individual telephone numbers and all other personal identity information, furnished to the defense in this case shall be used for official purposes related to judicial proceedings in this case only. It is further

ORDERED that said material, if not redacted, shall remain in the physical custody and control of the defense attorney in this case and the confidential employees of such attorney. Such material shall not be left in the exclusive custody of the defendant. The defendant and other persons assisting the attorney for the defendant may review the discovery, but such review must be accomplished without violating the rule that the material is to remain, at all times, under the custody and physical control of the attorney, either personally or through the custody and control of confidential employees of the defense attorney. It is further

ORDERED that, unless the attorney for the defense and the Government come to a specific understanding to the contrary, the unredacted Rule 16 material disclosed to the defense, to include disclosure made through the use of electronic media, shall not be copied, reproduced, published, or publicly circulated by the defense without further order of Court or until its use in judicial proceedings at time of trial or in official hearings or proceedings related to this case. It is further

ORDERED that, in the event the defense and the Government agree that certain documents should be exempted from the limits otherwise imposed by this Order, they

may exempt them by mutual agreement.  By agreement of the Government and the defense and with approval of the Court,  the notebook marked Exhibit 1, with minor redactions, shall be available to Defendant Landers without restriction.    It is further

ORDERED that, in the event that the defense and the Government disagree or are unclear about the meaning or application of this Order with respect to some document, the parties may bring the issue to the attention of the Court.  New and additional discovery should be reviewed by the Government and defense first for agreed disclosure or restriction for the defendant.    It is further

ORDERED that, at the conclusion of the case, the described Rule 16 material and other personal identifying information shall be returned to the Government.

DATED July 8, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge