**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00235-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT RALPH LANDERS,

    Defendant.

**MINUTE ORDER**

**Entered by Judge Philip A. Brimmer**

    It is ORDERED the change of plea hearing is RESET for **January 20, 2010 at 11:00 a.m**.

    DATED January 8, 2010.