**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00235-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT RALPH LANDERS,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the change of plea hearing is RESET for **February 4, 2010 at 1:30 p.m.**

    DATED January 21, 2010.