IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00235-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT RALPH LANDERS,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that sentencing is reset for **July 9, 2010 at 9:30 a.m.**

    DATED April 20, 2010.