IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00235-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT RALPH LANDERS,

    Defendant.

---

**ORDER GRANTING MOTION TO DISMISS COUNTS OF THE INDICTMENT**

---

This matter is before the Court on the United States' Motion to Dismiss Counts of the Indictment [Docket No. 47]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the motion [Docket No. 47] is GRANTED. Counts 6 through 10, 18 through 25, and 31 through 35 of the Indictment are dismissed.

DATED Oct. 18, 2010.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge