IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00235-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROBERT RALPH LANDERS,

    Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

    This matter comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 77]. The Court, having reviewed the motion, finds:

    THAT the United States commenced this action pursuant to 18 U.S.C. § 2253;

    THAT a Preliminary Order of Forfeiture was entered on August 25, 2010;

    THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 2253(m);

    THAT the time for any third party to file a claim has expired; and further

    THAT it appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253.

    Now, therefore, it is ORDERED

    THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from the claims of any other party:

    a.    Dell Laptop Computer (#7CR9WF1);

      b.      Sony Laptop Computer (#283122303508206);

      c.      Maxtor External Drive (#F1A05Z3E);

      d.      four Western Digital Drives (#WCAPZ1539085; #WCASU0709234; #WCASU3642172; #WXE108A71676);

      e.      two Sandisk Cruzer USB drives; and

      f.      an Apple iPod;

THAT a Certificate of Reasonable Cause, which this Order constitutes, is hereby entered pursuant to 28 U.S.C. § 2465; and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED January 20, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge